In the Matter of the Application of the Brooklyn and Rockaway Beach Railroad Company, to Acquire Lands, etc.

(Argued February 24, 1880; decided March 2, 1880.)

*Alfred C. Chapin* for appellant.

*Jesse Johnson* for respondent.

Agree to dismiss appeal without opinion.
All concur.
Appeal dismissed.

---

Joseph Dixon et al., Appellants, *v.* Alfred E. Beach, Respondent.

(Argued February 24, 1880; decided March 2, 1880.)

This was an appeal from an order of General Term, affirming an order of Special Term, which vacated an order of arrest.

Decided on authority of *Liddell* v. *Patton* (67 N. Y., 393.)

*Samuel Hand* for appellant.

*R. B. McMaster* for respondent.

Danforth, J., reads mem. for dismissal of appeal.
All concur.
Appeal dismissed.